UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>          Plaintiff,         )<br>                              )<br>                              ) CASE NO. **08-96M**<br>     vs.                      )<br>                              )<br> **CONNELL KOGER**              )<br>                              )<br>          Defendant.          ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this  **2ND**  day of  **MAY , 2008,**

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
JUN 2 2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE