AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

**WITNESS AND EXHIBIT RECORD**

*DETENTION HEARING.*

| DATE 6/4/08 | CASE NUMBER 08-96m | OPERATOR KINCAID | | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| DEFT'S 1 | LETTER FROM DEFT'S EMPLOYER | NO OBJ | NO OBJ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## P & C Roofing, Inc.
P.O. Box 30770
Wilmington, DE 19805-7770
E-Mail: info@pcroofinginc.com
Phone(302)656-6767
Fax(302)656-8809

6/3/08

Federal Public Defender's Office
Attn: Tony Ortiz
Fax: 302-573-6041

RE: Connell Koger

Dear Mr. Ortiz,

     I am happy to take the opportunity to confirm our recent discussion. We would be happy to continue to employ Mr. Koger. Connell has been with us since 2004 and has steadily improved as a worker and an individual, and has consistently earned raises and bonuses. He is a key field employee who is relied on for his skill and experience. We expect a bright future for Connell here at P & C Roofing Inc.

     Please contact me at any time to discuss Connell further.

Very truly yours,

Randy Mariano
General Counsel and
Vice-President of Operations

