IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 08-96m |
| | ) | |
| CONNELL KOGER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR REVOCATION OF RELEASE ORDER

NOW COMES the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney and Robert J. Prettyman, Assistant U.S. Attorney and hereby

respectfully requests pursuant to 18 U.S.C. §3145 that the District Court revoke the Release

Order entered by the United States Magistrate Judge today.

Respectfully submitted,

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By *Robert J Prettyman*

Robert J. Prettyman
Assistant U.S. Attorney

Date:  June 4, 2008